**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____**Northern District of Florida**_____

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
## Voluntary Petition for Individuals Filing for Bankruptcy   06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

**Be as complete and accurate as possible.** If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **David** <br> First name <br><br> **Harley** <br> Middle name <br><br> **Palfi** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) | **Brittany** <br> First name <br><br> **Amber** <br> Middle name <br><br> **Palfi** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) | **Brittany** <br> First name <br><br> _____ <br> Middle name <br><br> **Wooten** <br> Last name <br><br> **Brittany** <br> First name <br><br> **A** <br> Middle name <br><br> **Wooten** <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **2  0  2  0** <br> OR <br> **9**xx - xx - ___ ___ ___ ___ | xxx - xx - **1  7  8  8** <br> OR <br> **9**xx - xx - ___ ___ ___ ___ |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **David** | **Harley** | **Palfi** | |
| Debtor 2 | **Brittany** | **Amber** | **Palfi** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 4. | Your Employer Identification Number (EIN), if any. | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
| 5. | Where you live | **5 Calhoun Ave. #202**<br>Number        Street<br><br>_____<br><br>**Destin, FL 32541**<br>City                    State    ZIP Code<br><br>**Okaloosa**<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number        Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                    State    ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number        Street<br><br>_____<br><br>_____<br>City                    State    ZIP Code<br><br>_____<br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number        Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                    State    ZIP Code |
| 6. | Why you are choosing *this district* to file for bankruptcy | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>❑ I have another reason. Explain.<br>   (See 28 U.S.C. § 1408)<br>   _____<br>   _____<br>   _____ | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>❑ I have another reason. Explain.<br>   (See 28 U.S.C. § 1408)<br>   _____<br>   _____<br>   _____ |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **David** | **Harley** | **Palfi** | |
| Debtor 2 | **Brittany** | **Amber** | **Palfi** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ❑ Chapter 7
- ☑ Chapter 11
- ❑ Chapter 12
- ❑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
❑ Yes.

| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
❑ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.  Go to line 12.

❑ Yes.  Has your landlord obtained an eviction judgment against you?

    ❑ No. Go to line 12.

    ❑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **David Brittany** Harley Amber **Palfi Palfi**
        First Name        Middle Name      Last Name

Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____        _____        _____
City                          State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Harley** | **Palfi** |
| Debtor 2 | **Brittany** | **Amber** | **Palfi** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.
☐ Yes.

What is the hazard? _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property? _____
Number    Street
_____
_____
City                                State    ZIP Code

Official Form 101                     **Voluntary Petition for Individuals Filing for Bankruptcy**                     page 5

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Harley** | **Palfi** |
| Debtor 2 | **Brittany** | **Amber** | **Palfi** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❏ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❏ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❏ **I am not required to receive a briefing about credit counseling because of:**

❏ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❏ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❏ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❏ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❏ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❏ **I am not required to receive a briefing about credit counseling because of:**

❏ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❏ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❏ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **David** | **Harley** | **Palfi** | |
|---|---|---|---|---|
| Debtor 2 | **Brittany** | **Amber** | **Palfi** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

# Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        ☑ No. Go to line 16b.
        ❏ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        ❏ No. Go to line 16c.
        ☑ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts.

        _____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

    ☑ No.  I am not filing under Chapter 7. Go to line 18.

    ❏ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
        ❏ No
        ❏ Yes

**18. How many creditors do you estimate that you owe?**

| | | | |
|---|---|---|---|
| ❏ 1-49 | ❏ 1,000-5,000 | ❏ 25,001-50,000 | ❏ 50,000-100,000 ❏ More than 100,000 |
| ☑ 50-99 | ❏ 5,001-10,000 | | |
| ❏ 100-199 | ❏ 10,001-25,000 | | |
| ❏ 200-999 | | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
| ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
| ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

# Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

    **X** /s/ David Harley Palfi                    **X** /s/ Brittany Amber Palfi
    David Harley Palfi, Debtor 1                     Brittany Amber Palfi, Debtor 2
    Executed on **11/21/2024**                        Executed on **11/21/2024**
    MM/ DD/ YYYY                                 MM/ DD/ YYYY

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **David** | **Harley** | **Palfi** | |
| Debtor 2 | **Brittany** | **Amber** | **Palfi** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

| | |
|---|---|
| **For your attorney, if you are represented by one** <br><br> **If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. <br><br> **X** **/s/ Natasha Revell**                                    Date **11/21/2024** <br>      Signature of Attorney for Debtor                                MM / DD / YYYY <br><br> **Natasha Revell** <br> Printed name <br><br> **Zalkin Revell, PLLC** <br> Firm name <br><br> **2078 US Highway 98 W Ste. 105A, #110** <br> Number       Street <br><br> **Santa Rosa Beach**                                 **FL**  **32459** <br> City                                                          State  ZIP Code <br><br> Contact phone **(850) 267-2111**    Email address **nrevell@zalkinrevell.com** <br><br> **83887**                                                       **FL** <br> Bar number                                                  State |

Official Form 101                   **Voluntary Petition for Individuals Filing for Bankruptcy**                   page 8

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE: **Palfi, David Harley**
     **Palfi, Brittany Amber**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **11/21/2024**     Signature     **/s/ David Harley Palfi**
                                                  David Harley Palfi, Debtor

Date    **11/21/2024**     Signature     **/s/ Brittany Amber Palfi**
                                                  Brittany Amber Palfi, Joint Debtor

Advent Health
900 Hope Way
Altamonte Springs, FL 32714

Advent Health
PO Box 538815
Orlando, FL 32853-9902

AFFIRM INC
650 CALIFORNIA ST FL 12
SAN FRANCISCO, CA 94108

Allstate Insurance
3100 Sanders Road
Northbrook, IL 60062

AMER FST FIN
PO BOX 565848
DALLAS, TX 75356

AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE, FL 33329

ARMY AIRFORCE EXCHAN
3911 S WALTON WALKER BLV
DALLAS, TX 75236

AT&T
PO Box 5074
Carol Stream, IL 60197-5074

AT&T
PO Box 4500
Allen, TX 75013

Berea Municipal Utilities
200 Harris Road
Berea, KY 40403

Caine Weiner
PO Box 55848
Sherman Oaks, CA 91413

CAINE WEINER
PO BOX 55848
SHERMAN OAKS, CA 91413

CAPITAL ONE AUTO FINAN
PO BOX 259407
PLANO, TX 75025

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY, UT 84131

CAPITAL ONE/WMT
PO BOX 31293
SALT LAKE CITY, UT 84131

CBW/CREDFRSH
200 CONTINENTAL DRIVE Suite 401
NEWARK, DE 19713

CCB/MONEYKEY
200 CONTINENTAL DRIVE
NEWARK, DE 19713

CCFLOW
1000 N West St. Ste 1200
Wilmington, DE 19801

Charter Comms
400 Washington Blvd
Stamford, CT 06902

Chase Bank
405 Leighway Dr.
Richmond, KY 40475

COMMUNITY TRUST BANK I
PO BOX 2947
PIKEVILLE, KY 41502

Community Trust Bank, Inc.
346 North Mayo Trail/PO Box 2947
Pikeville, KY 41502-2947

Cox
Attn: Bankruptcy Dept
6205-B Peachtree Dunwoody Rd NE
Atlanta, GA 30328

Credence Resource Mana
PO Box 2300
Southgate, MI 48195-4300

CREDENCE RESOURCE MANA  
17000 DALLAS PKWY STE 20  
DALLAS, TX 75248  


Credit Collection Services  
725 Canton Street  
Norwood, MA 02062  


CREDIT ONE BANK NA  
PO BOX 98875  
LAS VEGAS, NV 89193  


Delta Gas  
128 Glades Road  
Berea, KY 40403  


DEPT OF ED  
121 S 13TH ST  
LINCOLN, NE 685081904  


DEPT OF EDUCATION/NELN  
121 S 13TH ST  
LINCOLN, NE 68508  


DISCOVER BANK  
PO BOX 30939  
SALT LAKE CITY, UT 84130  


DOVENMUEHLE/STOCKTON M  
88 C MICHAEL DAVENPORTBL  
FRANKFORT, KY 40601

Dunlap & Shipman, P.A.
2063 S. County Hwy 395
Santa Rosa Beach, FL 32459


EGLIN FEDERAL CR UNION
838 EGLIN PKWY NE
FT WALTON BCH, FL 32547


Eglin Federal Credit Union
838 Eglin Pkwy NE
Fort Walton Beach, FL 32547-2781


ELAN FINANCIAL SERVICE
PO BOX 108
SAINT LOUIS, MO 63166


Extra Space Storage
850 Airport Rd
Destin, FL 32541


FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS, SD 57107


Harris and Harris
111 W. Jackson Blvd.
Chicago, IL 60604


Heather Denton
171 General Cleburne Dr.
Richmond, KY 40475

Heather Denton
171 General Cleburne Dr.
Richmond, KY 40475


Jean LeMoine Fell
73 Country Club Dr. E
Destin, FL 32541


Jean LeMoine Fell
73 Country Club Dr. E
Destin, FL 32541


KENTUCKY HOUSING CORPO
1231 LOUISVILLE RD
FRANKFORT, KY 40601


Key 2 Recovery
201 N Brookwood Ave
Hamilton, OH 45013


Liberty Mutual
175 Berkeley St.
Boston, MA 02116


Matthews & Matthews
4475 Legendary Drive
Destin, FL 32541


MIDLAND CREDIT MANAGEM
320 E BIG BEAVER RD STE
TROY, MI 48083

Military Star
3911 S Walton Walker Blvd
Dallas, TX 75236

NETCREDIT/REPUBLIC BAN
175 W JACKSON BLVD Suite 1000
CHICAGO, IL 60604

NetCredit/Republic Bank
175 W. Jackson Blvd Suite 600
Chicago, IL 60604

Progressive Insurance
6300 Wilson Mills Road
Mayfield Village, OH 44143

Sides Moreno Pt. W. Owners'
Assoc. Inc.
c/o RDF Associates, Inc.
130 Staff Dr. NE
Fort Walton Beach, FL 32548

Spectrum
400 Washington Blvd
Stamford, CT 06902

Stockton Mortgage
Attn: Bankruptcy Dept.
PO Box 100077
Duluth, GA 30096-9377

STOCKTON MORTGAGE/SERV
9726 OLD BAILES RD STE 2
FORT MILL, SC 29707

SYNCB/BELK
PO BOX 965028
ORLANDO, FL 32896


SYNCB/CARE CREDIT
950 FORRER BLVD
KETTERING, OH 45420


SYNCB/LOWES
PO BOX 965005
ORLANDO, FL 32896


SYNCB/OLD NAVY
PO BOX 965005
ORLANDO, FL 32896


University of Arkansas Grantham
2404 N. University Ave.
Little Rock, AR 72207


UNIVERSITY OF KENTUCKY
2557 SIR BARTON WAY
LEXINGTON, KY 40509


University of Kentucky Federal Credit Union
1730 Alysheba Way
Lexington, KY 40509


University of the Cumberlands
6178 College Station Drive
Williamsburg, KY 40769

UPLIFT, INC.
440 N WOLFE RD
SUNNYVALE, CA 940850000


Uprova
635 East Hwy 20 V
Upper Lake, CA 95485


US DEPT OF ED/GLELSI
PO BOX 7860
MADISON, WI 53707


USAA
9800 Fredericksburg Road
San Antonio, TX 78288


USAA FEDERAL SAVINGS B
PO BOX 47504
SAN ANTONIO, TX 78265


WORLD FINANCE CORPORAT
104 S MAIN ST
GREENVILLE, SC 29601